# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ANGELA L. HILL                                                                                      PLAINTIFF

v.                                          4:21-cv-00171-LPR-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the final decision of the Commissioner is affirmed and judgment is thus entered in favor of the Defendant.

IT IS SO ADJUDGED this 13th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE